IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANOJKUMAR PATEL,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | 8:25-CV-330<br><br>ORDER |

The plaintiff has filed a motion for summary judgment (filing 5).[1] That motion will be denied without prejudice.

As a general rule, summary judgment is proper only after the nonmovant has had adequate time for discovery. *Hamilton v. Bangs, McCullen, Butler, Foye & Simmons, L.L.P.*, 687 F.3d 1045, 1049-50 (8th Cir. 2012). And the defendant is also entitled to a meaningful opportunity to assert defenses as provided by Fed. R. Civ. P. 8(b) and (c) and Fed. R. Civ. P. 12.

In addition, this Court's rules provide that any "motion raising a substantial issue of law must be supported by a brief filed and served together with the motion. The brief must be separate from, and not attached to or incorporated in, the motion or index of evidence." NECivR 7.1(a)(1)(A); *see also* NECivR 56.1(a)(1). And pursuant to those rules, the Court may "treat the failure to file a brief as an abandonment of the motion." NECivR 7.1(a)(1)(B).

[1] Although styled as a motion for "partial" summary judgment, filing 5 at 1, the Court notes that the motion seeks relief essentially coextensive with the prayer for relief in the plaintiff's complaint. *Compare* filing 5 at 15, *with* filing 1 at 14.

Furthermore, the plaintiff's purported "statement of material facts" (filing 6) fails to provide citations to the record, which is also grounds to deny the motion. *See* NECivR 56.1(a)(2).

Accordingly, the Court will deny the plaintiff's motion as both unsupported and premature. Such denial shall be without prejudice to reasserting the motion later, *after* the Court has resolved the jurisdictional issue presented by the defendant's motion to dismiss (filing 7) and, if necessary, case progression and discovery.

IT IS ORDERED that the plaintiff's motion for summary judgment (filing 5) is denied without prejudice.

Dated this 4th day of June, 2025.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge